NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS SCOTT MARSHALL,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3012

---

Petition for review of the Merit Systems Protection Board in case no. NY0353110257-I-1.

---

## ON MOTION

---

## ORDER

Douglas Scott Marshall moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DOUGLAS MARSHALL V. USPS                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24